

# Fourth Court of Appeals
## San Antonio, Texas

November 22, 2023

No. 04-22-00473-CR

**EX PARTE** Carlos Ulin **GARCIA**

From the County Court, Kinney County, Texas
Trial Court No. 10297CR
Honorable Dennis Powell, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, we **DISMISS** Carlos Ulin Garcia's appeal of the denial of his application for pretrial writ of habeas corpus for want of jurisdiction. Upon converting Garcia's appeal to a petition for writ of mandamus, and after considering the parties' briefing, and the record, this court concludes Garcia is not entitled to the relief sought. Accordingly, the converted petition for writ of mandamus is **DENIED.** *See* Tex. R. App. P. 52.8(a).

It is so **ORDERED** on November 22, 2023.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of November, 2023.

_____
Michael A. Cruz, Clerk of Court